(62 Misc. Rep. 443.)

In re GEYER.

(Surrogate's Court, Kings County. February, 1909.)

CONTEMPT (§ 82*)—DISCHARGE—GROUNDS.

> A testamentary trustee, who has been committed for contempt for failure to pay to the persons whose rights were impaired by his misconduct, a fine of some $20,000, will not be discharged on his statements that he has no property of any kind whatever, and has no means of earning money except by his personal services.
>
> [Ed. Note.—For other cases, see Contempt, Cent. Dig. §§ 281, 282; Dec. Dig. § 82.*]

In the matter of Charles T. Geyer, executor of the will of Allen Alexander, deceased. Motion for discharge from an imprisonment denied.

Lloyd & Maddox, for petitioner.
Frederick L. Taylor, for Gussie P. Alexander.

KETCHAM, S. This is a motion for the discharge from imprisonment of a testamentary trustee, who stands committed for contempt until he shall have paid to the persons whose rights were impaired by the misconduct which constitutes his contempt a fine of $20,023.79, or unless the court shall see fit sooner to discharge him. There is no proof tending to show that the petitioner is unable to pay this fine, unless his own statements in that regard be accepted. These statements contain nothing more than a generalization that the petitioner has no property of any kind whatever, has nothing, and has no means of earning money except his personal services. These averments cannot be the basis for the relief sought. The motion should be denied.